UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER D. CEASAR,<br><br>    Plaintiff,<br><br>    vs.<br><br>E. AGUIRRE,<br><br>    Defendant. | 1:15-cv-00873-GSA-PC<br><br>ORDER RE PLAINTIFF'S RESPONSE TO ORDER<br>(ECF No. 7.)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT IFP APPLICATION OR PAY FILING FEE IN FULL, PURSUANT TO ORDER OF JUNE 10, 2015<br>(ECF No. 4.) |

      Walter D. Ceasar ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on May 12, 2014, together with a certified copy of his prison trust account statement.  (ECF Nos. 1, 2.)

      On June 10, 2015, the court issued an order requiring Plaintiff to submit an application to proceed in forma pauperis or pay the $400.00 filing fee in full for this action, within 45 days.  (ECF No. 4.)  On June 19, 2015, Plaintiff filed a response to the order.  (ECF No. 7.)  Plaintiff informs the court that "[i]n plaintiff (*sic*) original filing he filed his certified copy of his trust account statement along with his in forma pauperis[,] [s]o the court should have received not

only plaintiff['s] 42 U.S.C. §1983, but plaintiff['s] in forma pauperis as well as plaintiff['s] certified copy of his trust account statement."  (ECF No. 7.)

      The court received Plaintiff's certified copy of his prison trust account statement, filed by Plaintiff on May 19, 2015.  (ECF No. 2.)  However, there is no evidence on the court record that Plaintiff submitted an application to proceed in forma pauperis.  Therefore, Plaintiff is required to complete and submit the application that was mailed to him with the court's order of June 10, 2015, within the 45-deadline established by that order.  In the alternative, Plaintiff may pay the $400.00 filing fee in full for this action, within the 45-day deadline.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is required to comply with the court's order of June 10, 2015, which required him to submit an application to proceed in forma pauperis, or pay the $400.00 filing fee in full for this action, within 45 days; and

2. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

   Dated:  **June 22, 2015**                    /s/ Gary S. Austin
                                                      UNITED STATES MAGISTRATE JUDGE