UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER D. CEASAR, III,<br><br>      Plaintiff,<br><br>  vs.<br><br>E. AGUIRRE,<br><br>      Defendant. | 15-cv-00873-LJO-EPG-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CLARIFY DISCOVERY ORDERS<br><br>(Doc. 25.) |

       Walter D. Ceasar, III ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion requesting clarification as to the Court's discovery orders. (ECF No. 25.) The motion is GRANTED.

       On December 13, 2016, the Court entered a discovery and scheduling order. (ECF No. 18.) That order, which permitted the parties to serve discovery requests, was rescinded three days later due to a clerical error. (ECF No. 19.) A corrected discovery and scheduling order was entered on December 16, 2016. (ECF No. 20.) This order set an initial scheduling conference, required Rule 26 initial disclosures, and set a scheduling conference, which is presently set for April 13, 2017. (ECF Nos. 20, 21.) However, the December 16 order did not permit the parties to serve discovery requests. (ECF No. 20.)

Plaintiff has informed the Court that he did not receive a copy of the corrected discovery order and order rescinding the December 13 order. (ECF No. 25.)  The Clerk is directed to re-send Plaintiff a copy of ECF numbers 19 through 21.  For good cause, the deadline for Plaintiff to serve initial disclosures pursuant to the December 16 discovery order is EXTENDED until April 6, 2017.

IT IS SO ORDERED.

Dated:  **March 6, 2017**                    /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE