UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER D. CEASAR,<br><br>        Plaintiffs,<br><br>   v.<br><br>E. AGUIRRE,<br><br>        Defendant. | Case No. 1:15-cv-00873-LJO-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES BE GRANTED IN PART AND DENIED IN PART<br><br>[ECF Nos. 22, 27, 32] |

    Walter D. Ceasar, III ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 9, 10, 11). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 23, 2017, the Magistrate Judge filed Findings and Recommendations that Plaintiff's Motion to Strike Defendant's Affirmative Defenses (ECF No. 22) be granted in part and denied in part (ECF No. 27). This was served on the parties that same day and contained notice that any objections were to be filed within fourteen days. (*Id*.) The deadline for objections was extended to May 10, 2017. (ECF No. 31.) Plaintiff timely filed objections (ECF No. 31), but Defendant did not object.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted

a *de novo* review of the matter. Having carefully reviewed the entire file, the court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 23, 2017 (ECF No. 27), are adopted in full;
2. Plaintiff's Motion to Strike Defendant's Affirmative Defenses (ECF No. 21) is **GRANTED IN PART** and **DENIED IN PART** as follows:
    a. Plaintiff's Motion is GRANTED as to the Second, Fourth, and Sixth Affirmative Defenses with leave to amend within 14 days of this order;
    b. Plaintiff's is GRANTED as to the First, Eighth, and Ninth Affirmative Defenses without leave to amend.
    c. The Motion is DENIED as to the Third, Fifth, and Seventh Affirmative Defenses.

IT IS SO ORDERED.

Dated: __**May 23, 2017**__                    _____/s/ Lawrence J. O'Neill_____
                                                              UNITED STATES CHIEF DISTRICT JUDGE