FILED

AUG 10 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER D. CEASAR, | Case No. 1:15-cv-00873-MJS (PC) |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF WALTER D. CEASAR, CDCR # F-7672, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| E. AGUIRRE, | |
| Defendant. | (Doc. 43) |

Plaintiff Walter D. Ceasar, CDCR # F-7672 appeared at a settlement conference on August 10, 2017. The settlement conference concluded the same day.

Accordingly, **Walter D. Ceasar, CDCR # F-7672**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: 8/10/17

MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE